IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
DIVISION

| | |
|---|---|
| JAMEIA MOON, | ) |
| Plaintiff, | ) ) ) Case No. 3:12-0181 |
| v. | ) ) Judge Campbell |
| FRED MEYER JEWELERS, INC., | ) Magistrate Brown ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, Jameia Moon, by and through counsel, and submits this Notice, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this action, without prejudice, against Defendant, Fred Meyer Jewelers, Inc. Defendant, Fred Meyer Jewelers, Inc. has consented to this Notice.

We consent,

/s/ Brian C. Johnson
Brian Clay Johnson, TN Bar No. 022862
Bellis & Associates, PLLC
28 Public Square
P.O. Box 1212
Columbia, TN 38401
Telephone: 931.563.4705
Facsimile: 931.233.3431

Attorney for Plaintiff Jameia Moon

/s/ William S. Rutchow
William S. Rutchow, TN Bar No. 017183
Jessica T. Patrick, TN Bar No. 028039
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant Fred Meyer Jeweler

13973961.1 (OGLETREE)