IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMEIA MOON | ) |
| | ) |
| v. | ) NO. 3-12-0181 |
| | ) JUDGE CAMPBELL |
| FRED MEYER JEWELERS, INC. | ) |

ORDER

The parties have filed a Notice of Voluntary Dismissal (Docket No. 25), indicating that they consent to the voluntary dismissal, without prejudice, of this action. Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for September 30, 2013, and the trial set for October 8, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE