UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JAMEIA MOON | ) | |
| | ) | |
| v. | ) | NO. 3:12-0181 |
| | ) | JUDGE CAMPBELL |
| FRED MEYER JEWELERS, INC. | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/20/2012.

     KEITH THROCKMORTON, CLERK
     s/Elaine J. Hawkins, Deputy Clerk